162 F.3d 1151
 Loretta Rembert, Michael Rembert, Kim Robinson, Alonzo
Robinson, Guardian ad litems for Janelle Ferebee,
James Ferebee, Brandy Robinson
v.
Monroe Township Board of Education, James Greczek,
Principal, Roger D. Lehnowsky, Vice Principal, Stephen F.
Stumpo, Vice Principal, Robert W. LaPorta, Superintendent,
Vincent Tarantino, Assistant Superintendent, Williamstown
High School, its Agents, Employees, Servants, Oak Knoll
Middle School, its Agents, Employees, Servants, Jane
 NO. 97-5359
 United States Court of Appeals,
Third Circuit.
 June 16, 1998
 Appeal From: D.N.J. ,No.95cv04818
 
 1
 Affirmed.